■ In the Matter of the Arbitration between NASSAU INSURANCE COMPANY, Respondent, and DAISY FRANKLIN, Appellant. EDEN TRANSPORTATION SYSTEMS et al., Respondents. — In a proceeding to stay arbitration, Daisy Franklin appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Queens County (Lonschein, J.), dated May 2, 1980, as, upon an agreed statement of facts, granted the petitioner's application upon condition (1) that petitioner pay appellant $500 and (2) that petitioner serve a notice of appear-

ance in the underlying tort action. Appeal dismissed, with $50 costs and disbursements to petitioner. The appellant waived the right to appeal by accepting payment of the $500 and retaining the notice of appearance served pursuant to the judgment appealed from (see *Gohery v Spartan Concrete Corp.,* 85 AD2d 678; *P. H. C. Inc. v Wolf,* 24 AD2d 769). Weinstein, J. P., O'Connor, Bracken and Rubin, JJ., concur.